# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WES LEE BROWN**, <br><br>   Plaintiff, <br><br> v. <br><br> **DEPUTY WARDEN STEPHANIE SMITH, et al.,** <br><br>   Defendants. | **CIVIL ACTION** <br><br> **NO. 23-780-KSM** |

## ORDER

**AND NOW**, this 5th day of September, 2024, upon consideration of Defendants' Motion to Dismiss (Doc. No. 23) and Plaintiff's response thereto (Doc. No. 28), it is **ORDERED** that the Motion (Doc. No. 23) is **DENIED.**

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**