**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WES LEE BROWN,**<br>Plaintiff,<br>***v.***<br>**STEPHANIE SMITH and JESSICA COLLINS,**<br>Defendants. | **CIVIL ACTION**<br>**No. 23-0780-KSM** |

**ORDER**

**AND NOW**, this 30th day of September, 2026, upon consideration of Defendant Stephanie Smith and Jessica Collins' motion for summary judgment (Doc. No. 77), Plaintiff Wes Lee Brown's Opposition (Doc. No. 81), Defendants Reply (Doc. No. 82), and Plaintiff's Response to the Reply (Doc. No. 83), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that Defendants motion is **GRANTED** (Doc. No. 77), and **JUDGMENT** is entered in favor of Defendants, as follows:

1. Summary judgment is entered in favor of Defendant Smith as to Plaintiff's Fourteenth Amendment claim.

2. Summary judgment is entered in favor of Defendant Collins as to Plaintiff's First Amendment retaliation claim.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.